

FILED
FEB 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 09-307 M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| ) | [Fed.R.Crim.P. 32.1(a)(6); |
| PEDRO MEDINA-QUINTERO ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the DIST OF NEW MEXICO for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _convicted on another offense while on superv, and charged with illegal reentry._

1 _____

2 _____

3 _____

4      and/or

5  B.    ( )   The defendant has not met his/her burden of establishing by

6        clear and convincing evidence that he/she is not likely to pose

7        a danger to the safety of any other person or the community if

8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9        on:_____

10 _____

11 _____

12 _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15 the further revocation proceedings.

16

17 Dated:    2 /7/09

18

19                                        _____

20                          UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28